UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXSI VANTSIAN,<br><br>                              Petitioner,<br><br>-against-<br><br>LADEON FRANCIS, *Field Office Director of Enforcement and Removal Operations, New York Field Office, Immigration and Customs Enforcement*; TODD LYONS, *Acting Director, Immigration and Customs Enforcement*; KRISTI NOEM, *Secretary, U.S. Department of Homeland Security*; U.S. DEPARTMENT OF HOMELAND SECURITY; PAMELA BONDI, *U.S. Attorney General*,<br><br>                              Respondents. | Case No. 1:25-cv-10631 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

      This matter shall be heard by the Court on **January 8, 2026, at 2:30 p.m.** in the Daniel Patrick Moynihan United States Courthouse, Courtroom 20B, 500 Pearl Street, New York, NY 10007.  **Respondents shall produce Petitioner at the conference**.

      In light of the apparent factual dispute between the parties over the circumstances surrounding Petitioner's detention on December 22, 2025, Dkt. 8, the Court anticipates that the hearing will include live testimony — absent a change in position by either party or new evidence introduced during briefing.  Accordingly, the parties should prepare for an in-person evidentiary hearing on January 8, 2026, and the Court will issue a more detailed order regarding the nature of the proceeding after reviewing the parties' submissions.

      Per Judge Broderick's order, Respondents' answer is due on **December 30, 2025**, and Petitioner's reply is due on **January 5, 2026**.  Dkt. 4.

To preserve the Court's jurisdiction pending a ruling on the Petition, Petitioner shall not be removed from the United States absent further order of this Court. *See, e.g.*, *K.M. v. Joyce*, No. 25-cv-1935 (JMF), 2025 WL 750599, at *1 (S.D.N.Y. Mar. 10, 2025) (citing cases); *see also, e.g.*, *Du v. United States Dep't of Homeland Sec.*, No. 25-cv-0644 (OAW), 2025 WL 1317944, at *1 (D. Conn. Apr. 24, 2025) ("[A] a federal court may temporarily enjoin immigration authorities from deporting individuals if it preserves the court's jurisdiction over a case or cases."). **Moreover, given Petitioner's interests in participating in further proceedings before this Court and to facilitate resolution of the Petition, Respondents shall not transfer Petitioner except to a facility within this District, the Eastern District of New York, or the District of New Jersey absent further order of this Court.** *See, e.g.*, *Perez y Perez v. Noem*, No. 25-cv-4828 (DEH), 2025 WL 1908284, at *2-3 (S.D.N.Y. June 13, 2025) (enjoining a *habeas* petitioner's transfer pending adjudication of his petition); *see also, e.g.*, *Arostegui-Maldonado v. Baltazar*, No. 25-cv-2205 (WJM) (STV), 2025 WL 2280357, at *14-16 (D. Colo. Aug. 8, 2025) (same); *Oliveros v. Kaiser*, No. 25-cv-7117 (BLF), 2025 WL 2677125, at *8-9, *11 (N.D. Cal. Sept. 18, 2025) (same).

Dated:   December 24, 2025
         New York, New York                  SO ORDERED.

                                                     JENNIFER L. ROCHON
                                                     United States District Judge