

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

January 8, 2026

BY ECF
Hon. Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

<span style="color:blue">Request GRANTED. The hearing scheduled for this afternoon at 2:30 p.m. shall be adjourned *sine die*. The parties are to provide an update to the Court, either in the form of a status letter or a stipulation of dismissal, by **January 12, 2026 at 6:00 p.m.**</span>

<span style="color:blue">Dated: January 8, 2026</span>
<span style="color:blue">New York, New York</span>

**SO ORDERED.**

*Jennifer Rochon*

**JENNIFER L. ROCHON**
**United States District Judge**

Re:  *Vantsian v. Francis, et al.*, No. 25 Civ. 10631 (JLR)

Dear Judge Rochon:

This Office represents respondents in connection with the above-referenced petition for a writ of habeas corpus filed by petitioner Alexsi Vantsian in which an evidentiary hearing is scheduled for this afternoon at 2:30. We write respectfully, on behalf of both parties, to inform the Court that Petitioner was released from custody last night, and to jointly request that, in light of that release, this afternoon's hearing be adjourned *sine die*. The parties are continuing to confer regarding potential dismissal of this action and propose that they be permitted to submit either a status letter or a stipulation of dismissal by 6:00 p.m. on Monday, January 12.

We thank the Court for its consideration of this request.

Respectfully,

JAY CLAYTON
United States Attorney for the
Southern District of New York
*Attorney for Respondents*

By:  */s/ Mollie Kornreich*
MOLLIE KORNREICH
PIERRE ARMAND
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2800
E-mail: mollie.kornreich@usdoj.gov
        pierre.armand@usdoj.gov